Joseph PRITCHARD; Iris Kornegay
Pritchard, Plaintiffs—
Appellants,

v.

Elizabeth Jill SLADOJE, Defendant—
Appellee.

No. 07–1317.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 18, 2007.

Decided: Oct. 22, 2007.

Joseph Pritchard; Iris Kornegay Pritchard, Appellants Pro Se. Michael J. Kitson, Clawson & Staubes, PLLC, Charlotte, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Pritchard and Iris Kornegay Pritchard appeal the district court's order dismissing their civil action for lack of

jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pritchard v. Sladoje,* No. 3:06–cv–00278, 2007 WL 959513 (W.D.N.C. Mar. 28, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*